ACCEPTED
01-14-00754-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/2/2015 9:11:16 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-14-00754-CR
## NO. 01-14-00744-CR

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/2/2015 9:11:16 PM
CHRISTOPHER A. PRINE
Clerk

IN THE COURT OF APPEALS

FOR THE

FIRST DISTRICT OF TEXAS

AT HOUSTON

## NO. 1326112 and 1383738

IN THE 248th DISTRICT COURT

OF HARRIS COUNTY, TEXAS

| | | |
|---|---|---|
| **ARTAVIOUS HOLLINS** | § | **APPELLANT** |
| **V.** | § | |
| **THE STATE OF TEXAS** | § | **APPELLEE** |

## APPELLANT'S SECOND MOTION FOR EXTENSION OF TIME

## IN WHICH TO FILE APPELLATE BRIEF

**TO THE HONORABLE COURT OF APPEALS**:

COMES NOW THE APPELLANT, ARTAVIOUS HOLLINS, pursuant to Rules 10.5(b) and 38.6(d) of the Texas Rules of Appellate Procedure, and respectfully moves this Court to extend the time for filing his appellate brief, and in accordance with the appellate rules, submits the following facts:

1. In the 248th District Court of Harris County, Texas, the appellant pled not guilty to the offense of murder and tampering.

2. On August 29, 2014, appellant was found guilty in a jury trial and sentenced to 25 years in TDCJ-ID.

3. Written notice of appeal was timely filed on August 29, 2014.

4. Appellant's brief is due for filing on January 2, 2015.

5. An extension of thirty days is requested until February 2, 2015.

6. One previous extension has been requested in this cause.

7. The following facts are relied on to show good cause for the requested extension: the undersigned attorney is a solo practitioner and has a number of other cases pending simultaneously.

WHEREFORE, PREMISES CONSIDERED, appellant prays that this Court will extend the time within which to file appellant's brief in this matter until the 2nd day of February, 2015.

Respectfully submitted,


___/S/Casey Garrett_____
**CASEY GARRETT**
Counsel for the Appellant
1214 Heights Blvd.
Houston, Texas 77008
(713) 228-3800
TBC No. 00787197
Casey.garrett@sbcglobal.net

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2015, a true and correct copy of the foregoing

Motion for Extension of Time In Which to File Appellate Brief was tendered to the

Appellate Division of the Harris County District Attorney's Office.


___/S/Casey Garrett_____
**CASEY GARRETT**
Counsel for the Appellant